JOHN BISBANO et al., Respondents, *v.* 42–20 RESTAURANT CORP. et al., Appellants.

Submitted October 20, 1952; decided October 23, 1952.

*Edward Friedman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.